IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal No. 2:16cr23 |
| ) | |
| **FERNANDO COPELAND** ) | |
|    **Defendant.** ) | |

**POSITION OF UNITED STATES WITH
RESPECT TO SENTENCING FACTORS**

In accordance with Section 6A1.2 of the Sentencing Guidelines and Policy Statements and this Court's policy regarding guidelines sentencing, the government hereby represents that it has reviewed the Probation Officer's presentence report prepared in this matter, and that it does not dispute any of the factors or facts set out therein.

Further, the United States moves for the defendant to receive the additional one-level reduction under Section 3E1.1(b) of the Sentencing Guidelines and Policy Statements.

                          Respectfully Submitted,

                          DANA J. BOENTE
                          UNITED STATES ATTORNEY

By:   /s/
       Darryl J. Mitchell
       Assistant United States Attorney
       Virginia Bar No. 37411
       Attorney for the United States
       United States Attorney's Office
       101 West Main Street, Suite 8000
       Norfolk, Virginia 23510
       Office Number - 757-441-6331
       Facsimile Number - 757-441-6689
       E-Mail Address - darryl.mitchell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of January, 2017, I filed the foregoing with the Clerk of Court and mailed a copy to the following:

Lawrence Hunter Woodward, Jr.
Shuttleworth Ruloff Swain Haddad & Morecock, P.C.
317 30th Street
Virginia Beach, VA 23451

I certify that on this that on this on this 11th day of January, 2017, I caused a true and correct copy of the foregoing Position of the Government with Respect to Sentencing Factors to be sent to the following:

Anita Powell
U.S. Probation Officer
827 Diligence Drive, Suite 210
Newport News, VA 23606
Anita_powell@vaep.uscourts.gov

/s/
Darryl J. Mitchell
Assistant United States Attorney
Virginia Bar No. 37411
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number - 757-441-6331
Facsimile Number - 757-441-6689
E-Mail Address - darryl.mitchell@usdoj.gov